*Mr. George W. Pierson,* and *Messrs. Wallace and Donnelly,* for Respondent.

---

No. 2,123.—IN THE MATTER OF THE ESTATE OF ALBERT G. CLARKE, DECEASED. LEROY A. GODDARD, APPELLANT.

*Appeal from District Court, Lewis & Clark County; J. M. Clements, Judge.*

On motion to dismiss appeal.

Decided February 15, 1905.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained and the appeal dismissed.

*Messrs. Carpenter, Day & Carpenter,* for Appellant.

*Messrs. Walsh & Newman,* for Respondent.